■ In the Matter of JAMES PETTY, Petitioner, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, contained in his Order No. 42, dated June 6, 1975 and made after petitioner's plea of guilty to certain specifications, which fined petitioner 20 days' pay. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. In our opinion, the penalty imposed is not so shockingly disproportionate to the offenses committed as to require, or permit, this court to reduce it (see *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck,* 34 NY2d 222). Martuscello, Acting P. J., Cohalan, Margett, Damiani and Rabin, JJ., concur.

■ In the Matter of POPEYE'S PUB, INC., Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 27, 1975 and made after a hearing, which (1) revoked petitioner's special on-premises liquor license and (2) imposed a $1,000 bond claim. Determination confirmed and proceeding dismissed on the merits, with costs. There was substantial evidence to support the finding that petitioner suffered or permitted the licensed premises to become disorderly by suffering or permitting the traffic of narcotics therein. Hopkins, Acting P. J., Martuscello, Damiani, Christ and Hawkins, JJ., concur.

■ In the Matter of PAUL F. REED, Appellant, v RICHARD J. BOWEN, as City Manager of the City of Long Beach, et al., Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to prevent petitioner's demotion from the rank of sergeant to the rank of patrolman in the City of Long Beach Police Department, he appeals from a judgment of the Supreme Court, Nassau County, entered August 21, 1975, which (1) granted respondents' cross motion to dismiss the proceeding and (2) dismissed the petition. Judgment affirmed, with costs, on the opinion of Special Term (cf. *Matter of Young v Board of Educ. of Cent. School Dist. No. 6, Town of Huntington,* 35 NY2d 31). Hopkins, Acting P. J., Latham, Christ, Titone and Hawkins, JJ., concur.